UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHERRY M. BOHANNON,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No. 2:14-CV-305
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On August 10, 2015, the Magistrate Judge issued a Report and Recommendation in this case [ECF No. 19] recommending that the action be remanded to the Commissioner of Social Security ("Commissioner") for further proceedings and consideration. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation is **ADOPTED**. This action is **REMANDED** to the Commissioner for further proceedings consistent with the August 10, 2015 Report and Recommendation.

IT IS SO ORDERED.

9-3-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE